Argued and submitted June 12, affirmed August 4, 1980

In the Matter of the Compensation of
McCOMMON,
*Respondent,*
*v.*
STATE ACCIDENT INSURANCE FUND,
*Petitioner.*

(WCB No. 78-23, CA 16282)

614 P2d 151

Darrell E. Bewley, Associate Counsel, State Accident Insurance Fund, Salem, argued the cause for petitioner. With him on the brief were K. R. Maloney, Chief Counsel, and James A. Blevins, Chief Trial Counsel, State Accident Insurance Fund, Salem.

Burl L. Green, Green & Griswold, Portland, waived appearance for respondent.

Before Schwab, Chief Judge, and Thornton and Richardson, Judges.

PER CURIAM.

**PER CURIAM.**

From petitioner's brief we cannot determine whether there is a justiciable issue or, if so, what it is.

Affirmed.